**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Dontrell L. IVERY, Defendant—**
**Appellant.**

No. 04–7137.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 23, 2004.

Decided: Jan. 5, 2005.

Dontrell L. Ivery, Appellant pro se.

David J. Perri, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, WILLIAMS, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dontrell L. Ivery seeks to appeal the district court's order accepting the recommendations of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Ivery has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*